UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| AUDI OF AMERICA, an unincorporated business unit of Volkswagen Group of America, Inc., | ) ) ) ) | |
| | ) | |
| Plaintiff, | ) ) | Civil Action No. |
| v. | ) ) | 1:13-cv-1274-GBL-TRJ |
| | ) | |
| APR, LLC, | ) | |
| | ) | |
| Defendant. | ) ) | |

## THE DEFENDANT'S MOTION TO DISMISS

Defendant APR, LLC moves this Court, pursuant to FED. R. CIV. P. 12(b)(1) and FED. R. CIV. P. 17(b), to dismiss this action.

As grounds for this motion, defendant APR states as follows:

1.     The plaintiff in this case is identified on page 1 of the complaint as "Audi of America, an unincorporated business unit of Volkswagen Group of America, Inc.," but an incorporated part of a corporation lacks capacity under Virginia law to file suit; and

2.     The complaint fails to include a short, plain statement of the grounds on which subject matter – in this case, diversity – jurisdiction is based because (a) the plaintiff's citizenship is not adequately alleged in paragraph 1 of the complaint, even if it is a proper party; and (2) the citizenship of APR, which is a limited liability company, is also not adequately alleged in paragraph 2 of the complaint.

2

This motion is based on the brief in filed support and the complaint filed in this action.

Dated:  December 12, 2013                              APR, LLC
                                                                    *By Counsel*


FISKE & HARVEY, PLLC
100 North Pitt Street, Suite 206
Alexandria, VA 22314
Tel: (703) 518-9910
Fax: (703) 518-9931


    /s/ Philip J. Harvey
Philip J. Harvey (VSB #37941)
pharvey@fiskeharvey.com

*Counsel for Defendant*

2

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on December 12, 2013, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record. There are no *pro se* parties.


                        /s/ Philip J. Harvey
                   Philip J. Harvey (VSB #37941)
                   FISKE & HARVEY, PLLC
                   100 N. Pitt Street, Suite 206
                   Alexandria, VA 22314
                   Tel: (703) 518 9910
                   Fax: (703) 518 9931
                   pharvey@fiskeharvey.com

                   *Counsel for Defendant APR, LLC*

3