UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **VOLKSWAGEN GROUP OF AMERICA, INC.,** )<br>)<br>            Plaintiff, )<br>)<br>      v.  )<br>)<br>)<br>**APR, LLC,** )<br>)<br>            Defendant. )<br>_____) | <br><br><br><br>Civil Action No.<br><br>1:13-cv-1274 (GBL/TRJ) |

## ANSWER

For its answer to the amended complaint, defendant APR, LLC states as follows:

### FIRST DEFENSE

1.   APR admits the allegations contained in paragraph 1.

2.   APR admits the allegations contained in paragraph 2.

3.   APR denies the allegations contained in paragraph 3.

4.   APR admits the allegations contained in paragraph 4.

5.   APR admits the allegations contained in paragraph 5.

6.   APR admits the allegations contained in paragraph 6.

7.   APR admits the allegations contained in paragraph 7.

8.   APR admits that the plaintiff sold it parts and equipment for an Audi R-8, VIN AS42A0FGAM120450, but denies the remaining allegations contained in paragraph 8.

9.   APR admits the allegations contained in paragraph 9.

10. APR denies the allegations contained in paragraph 10.

11. APR denies the allegations contained in paragraph 11.

12. APR denies the allegations contained in paragraph 12.

13. APR denies the allegations contained in paragraph 13.

14. APR admits that the plaintiff delivered parts and equipment for the Audi R-8 and sent it a number of invoices in 2012 and 2013, the contents of which speak for themselves, and denies the remaining allegations contained in paragraph 14.

15. APR admits that it made payments to the plaintiff and that the plaintiff changed the amounts of some of its invoices and denies the remaining allegations contained in paragraph 15.

16. APR denies the allegations contained in paragraph 16.

17. APR denies the allegations contained in paragraph 17.

18. APR denies the allegations contained in paragraph 18.

## Count I

19. APR repeats its answers to paragraphs 1 through 18.

20. APR denies the allegations contained in paragraph 20.

21. APR denies the allegations contained in paragraph 21.

## Count II

22. APR repeats its answers to paragraphs 1 through 12 and 14 through 18.

23. APR denies the allegations contained in paragraph 23,

24. APR denies the allegations contained in paragraph 24.

25. APR denies the allegations contained in paragraph 25.

26. APR denies the allegations contained in paragraph 26.

## SECOND DEFENSE

This action is not being prosecuted in the name of the real party in interest.

## THIRD DEFENSE

The complaint fails to state a claim upon which relief may be granted.

WHEREFORE, defendant APR, LLC prays that this action be dismissed with prejudice and that it be awarded its costs and such further relief as is just and equitable.

Dated: January 3, 2014                                    APR, LLC
                                                          *By Counsel*

FISKE & HARVEY, PLLC
100 North Pitt Street, Suite 206
Alexandria, VA 22314
Tel: (703) 518-9910
Fax: (703) 518-9931


  /s/ Philip J. Harvey
Philip J. Harvey (VSB #37941)
pharvey@fiskeharvey.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2014, I filed the foregoing using the Clerk's CM/ECF system, which will provide notice to all counsel of record. There are no *pro se* parties.

                    /s/ Philip J. Harvey
Philip J. Harvey (VSB #37941)
FISKE & HARVEY, PLLC
100 N. Pitt Street, Suite 206
Alexandria, VA 22314
Tel: (703) 518 9910
Fax: (703) 518 9931
pharvey@fiskeharvey.com

*Counsel for Defendant APR, LLC*