IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| AUDI OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:13-CV-1274 (GBL/TRJ) |
| v. ) | |
| ) | |
| APR, LLC, ) | |
| ) | |
| Defendant. ) | |

## FINAL PRETRIAL ORDER

This matter is before the Court on the final pretrial conference. **IT IS HEREBY ORDERED** that this matter is set for **a 2-day non-jury trial** beginning on **Monday, July 28, 2014**. The Court will sit **Monday, July 28, 2014 to Tuesday, July 29, 2014** from 10:00 a.m. until 5:00 p.m. The lunch recess will be from 1:00 to 2:00 p.m.

**IT IS SO ORDERED.**

ENTERED this 19th day of May, 2014.

Alexandria, Virginia

5 / 19 / 2014

/s/
Leonie M. Brinkema  for Judge Lee
United States District Judge