**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| **AUDI OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**APR, LLC,** )<br>)<br>Defendant. )<br>) | Civil Action No.<br><br>1:13-cv-1274 (GBL/TRJ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated by the parties that this action is dismissed with prejudice, with each party to bear its own fees and costs.

Dated:  June 9, 2014

/s/ Michael S. Koplan
Michael S. Koplan (VSB # 32893)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684
E-mail: mkoplan@babc.com
*Counsel for Plaintiff*

/s/ Philip J. Harvey
Philip J. Harvey (VSB #37941)
**THE LAW OFFICES OF PHILIP HARVEY**
500 Montgomery Street, Suite 400
Alexandria, Virginia  22314
Telephone: (571) 527-1431
Facsimile: (703) 647-6259
Email: pharvey@fiskeharvey.com
*Counsel for Defendant*