UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| AUDI OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. |
| v. ) | |
| ) | 1:13-cv-1274 (GBL/TRJ) |
| ) | |
| APR, LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by the parties that this action is dismissed with prejudice, with each party to bear its own fees and costs.

Dated: June 9, 2014

/s/ Michael S. Koplan
Michael S. Koplan (VSB # 32893)
**BRADLEY ARANT BOULT CUMMINGS LLP**
1615 L Street N.W., Suite 1350
Washington, D.C. 20036
Telephone: (202) 393-7150
Facsimile: (202) 347-1684
E-mail: mkoplan@babc.com
*Counsel for Plaintiff*

/s/ Philip J. Harvey
Philip J. Harvey (VSB #37941)
**THE LAW OFFICES OF PHILIP HARVEY**
500 Montgomery Street, Suite 400
Alexandria, Virginia 22314
Telephone: (571) 527-1431
Facsimile: (703) 647-6259
Email: pharvey@fiskeharvey.com
*Counsel for Defendant*

SO ORDERED

/s/
Gerald Bruce Lee
United States District Judge

June 10, 2014